**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF IDAHO

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
06/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Nicholas**<br>First name<br><br>**A.**<br>Middle name<br><br>**Jones**<br>Last name and Suffix (Sr., Jr., II, III) | **Amelia**<br>First name<br><br>Middle name<br><br>**Jones**<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | **FKA Amelia Draney** |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-5119 | xxx-xx-4135 |

Debtor 1    **Nicholas A. Jones**
Debtor 2    **Amelia Jones**

Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EIN | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EIN |
| **5. Where you live** | **3740 S. Millbrook Way**<br>**Boise, ID 83716**<br>Number, Street, City, State & ZIP Code<br><br>**Ada**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br><br>_____ | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br><br>_____ |

| Debtor 1 | **Nicholas A. Jones** | |
|---|---|---|
| Debtor 2 | **Amelia Jones** | |
| | | Case number *(if known)* _____ |

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☐ No.
- ■ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | **District of Idaho** | When | **10/01/14** | Case number | **14-01661-JDP** |
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| | Debtor | _____ | | Relationship to you | _____ |
|---|---|---|---|---|---|
| | District | _____ | When _____ | Case number, if known | _____ |
| | Debtor | _____ | | Relationship to you | _____ |
| | District | _____ | When _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

- ■ No.   Go to line 12.
- ☐ Yes.   Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Debtor 1 | **Nicholas A. Jones** | | |
|---|---|---|---|
| Debtor 2 | **Amelia Jones** | | Case number *(if known)* |

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1    **Nicholas A. Jones**

Debtor 2    **Amelia Jones**

Case number *(if known)* _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
| --- | --- |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**
    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
    I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**
    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
    I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Nicholas A. Jones**

Debtor 2    **Amelia Jones**

Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.** What kind of debts do you have?

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

**17.** Are you filing under Chapter 7?

☐ No.    I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

■ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

■ Yes

**18.** How many Creditors do you estimate that you owe?

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19.** How much do you estimate your assets to be worth?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Nicholas A. Jones**      **/s/ Amelia Jones**

**Nicholas A. Jones**      **Amelia Jones**
Signature of Debtor 1      Signature of Debtor 2

Executed on    **October 31, 2022**      Executed on    **October 31, 2022**
MM / DD / YYYY      MM / DD / YYYY

| Debtor 1 | **Nicholas A. Jones** | |
|---|---|---|
| Debtor 2 | **Amelia Jones** | |

Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Chad R. Moody** _____
Signature of Attorney for Debtor

Date    **October 31, 2022**
MM / DD / YYYY

**Chad R. Moody** _____
Printed name

**Johnson May** _____
Firm name

**199 N. Capitol Blvd, Ste 200**
**Boise, ID 83702** _____
Number, Street, City, State & ZIP Code

Contact phone    **208-384-8588** _____    Email address    **info@johnsonmaylaw.com** _____

**9946 ID** _____
Bar number & State

---

Official Form 101    **Voluntary Petition for Individuals Filing for Bankruptcy**    page 7

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Nicholas A. Jones** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Amelia Jones** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file
your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

|  |  | Your assets<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B......................................................... | $    1,381,198.00 |
|  | 1b. Copy line 62, Total personal property, from Schedule A/B............................................... | $    346,221.06 |
|  | 1c. Copy line 63, Total of all property on Schedule A/B......................................................... | $    1,727,419.06 |

**Part 2:    Summarize Your Liabilities**

|  |  | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $    1,197,942.77 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................. | $    1,386.67 |
|  | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $    3,982,953.28 |

**Your total liabilities** $    5,182,282.72

**Part 3:    Summarize Your Income and Expenses**

|  |  |  |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................... | $    6,367.63 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*.......................................................... | $    7,701.78 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6.   **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐   No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑   Yes

7.   **What kind of debt do you have?**

☐   **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or
household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑   **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to

Debtor 1    **Nicholas A. Jones**

Debtor 2    **Amelia Jones**

the court with your other schedules.                                              Case number *(if known)* _____

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                     $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |

9g. **Total.** Add lines 9a through 9f.                                $ _____

**Fill in this information to identify your case and this filing:**

| Debtor 1 | **Nicholas A. Jones** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Amelia Jones** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO | | |
| Case number | _____ | | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
■ Yes.  Where is the property?

1.1

**3740 S. Millbrook Way**
Street address, if available, or other description

**Boise**           **ID**   **83716-0000**
City                State   ZIP Code

**Ada**
County

**What is the property?** Check all that apply
■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $732,198.00 | $732,198.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple - Main residence**

☐ **Check if this is community property** (see instructions)

---

Debtor 1    **Nicholas A. Jones**
Debtor 2    **Amelia Jones**                                            Case number *(if known)* _____

**If you own or have more than one, list here:**

1.2

**3215 S. Brookridge Way**
Street address, if available, or other description

| | |
|---|---|
| **Boise** | **ID**    **83716-0000** |
| City | State    ZIP Code |

**Ada**
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$649,000.00** | **$649,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple - Rental Property**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.3

**3349 Clairmount St.**
Street address, if available, or other description

| | |
|---|---|
| **Detroit** | **MI**    **48206-1986** |
| City | State    ZIP Code |

**Wayne**
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Detroit Land Bank purchase in 2020**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **Unknown** | **Unknown** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

■ **Check if this is community property**
(see instructions)

---

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................=>**

| |
|---|
| **$1,381,198.00** |

---

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

| Debtor 1 | **Nicholas A. Jones** | |
|---|---|---|
| Debtor 2 | **Amelia Jones** | Case number *(if known)* |

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Honda** |
|---|---|---|
| | Model: | **Odyssey EX-L** |
| | Year: | **2011** |
| | Approximate mileage: | **168000** |
| | Other information: | |

VIN ending 010570

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $8,424.00 | $8,424.00 |

| 3.2 | Make: | **Buick** |
|---|---|---|
| | Model: | **Enclave** |
| | Year: | **2010** |
| | Approximate mileage: | **164000** |
| | Other information: | |

VIN ending 253903

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,200.00 | $1,200.00 |

| 3.3 | Make: | **Tesla** |
|---|---|---|
| | Model: | **3** |
| | Year: | **2019** |
| | Approximate mileage: | **62,000** |
| | Other information: | |

VIN ending 192596

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $41,000.00 | $41,000.00 |

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

| 5 | Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................................=> | $50,624.00 |
|---|---|---|

**Part 3:** Describe Your Personal and  Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

| See Attached Exhibit AB-6 | $6,063.00 |
|---|---|

| Debtor 1 | **Nicholas A. Jones** | | |
|---|---|---|---|
| Debtor 2 | **Amelia Jones** | | Case number *(if known)* |

| Food Storage | $3,200.00 |
|---|---|

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

■ Yes.  Describe.....

| 2 TVs (70in & 80in) ($600);<br>Nintendo Switch + games ($135);<br>Macbook Air 2021 ($400);<br>Macbook Air 2020 ($500);<br>Macbook Air 2018 ($450);<br>Macbook Air 2015 ($150)<br>iPad Pro 2021 ($600);<br>iPad pro 2018 ($65);<br>iPhone 13 mini ($300);<br>iPhone 13 pro ($700);<br>iPhone 10 ($100);<br>Apple Watch ($75);<br>Air Doctor ($35) | $4,110.00 |
|---|---|

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No

■ Yes.  Describe.....

| Graded Pokemon collect cards ($900); Magic: The Gathering card collection ($600); Oversized Black Lotus ($550) | $2,050.00 |
|---|---|

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No

■ Yes.  Describe.....

| 2015 Santa Cruz Bronson C | $1,500.00 |
|---|---|

| Cannondale Road Bike | $500.00 |
|---|---|

| Athena Electric bike (damaged, doesn't work) | $0.00 |
|---|---|

**10.  Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No

☐ Yes.  Describe.....

**11.  Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

■ Yes.  Describe.....

| Misc. Mens Clothes; Misc. Womens Clothes; Misc. Children's Clothes | $300.00 |
|---|---|

Debtor 1    **Nicholas A. Jones**
Debtor 2    **Amelia Jones**                                          Case number *(if known)* _____

---

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| Mossainte Ring ($100); Lab Emerald Ring ($150) | **$250.00** |

---

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| Cat (14 yrs old) | **Unknown** |

---

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes.  Give specific information.....

---

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................

| |
|---|
| **$17,973.00** |

---

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes.......................................................................................

| | |
|---|---|
| **Cash** | **$170.00** |

---

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes......................                          Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking** | **Columbia Bank xx6727** | **$4,450.03** |
| 17.2. | **Checking** | **American First xx9614** | **$170.49** |
| 17.3. | **Checking** | **Idaho Central Credit Union xx1205** | **$108.73** |
| 17.4. | **Checking** | **Mountain West xx7989** | **$489.36** |
| 17.5. | **Savings** | **Idaho Central Credit Union xx1205** | **$89.86** |

---

| Debtor 1 | **Nicholas A. Jones** | | |
|---|---|---|---|
| Debtor 2 | **Amelia Jones** | | Case number *(if known)* |

| | | | |
|---|---|---|---|
| 17.6. | **Checking** | Zions Bank xx8943 | $57.00 |
| 17.7. | **Savings** | American First xx9614 | $26.17 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☐ No
    ■ Yes..................

| Institution or issuer name: | |
|---|---|
| **MML Investor Services (xx5338)** | $5,341.23 |
| **Robinhood (xx4129)** | $146.17 |
| **Robinhood (xx0580)** | $3.35 |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them..................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **229, LLC** | **3.1%** | % | Unknown |
| **Fan Games, LLC (open without activity)** | **100%** | % | $100.00 |
| **For the Love of Games, LLC (active)** | **100%** | % | $0.00 |
| **Indian Mound Capital** | **unknown** | % | Unknown |
| **Chow Public Market & Eatery (inactive)** | **100** | % | Unknown |
| **Good Burger II, LLC (inactive)** | **60** | % | Unknown |
| **Good Burger of 10th & Main (inactive)** | **60** | % | Unknown |
| **Sehon Family Holdings, LLC (open without activity)** | **100** | % | Unknown |
| **Good Burger of Layton, LLC (open without activity)** | **100** | % | Unknown |
| **Its a Good Burger, LLC (open without activity)** | **100** | % | Unknown |
| **Good Burger, LLC (dissolved)** | **100** | % | Unknown |

| Debtor 1 | **Nicholas A. Jones** | |
|---|---|---|
| Debtor 2 | **Amelia Jones** | Case number *(if known)* |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them
Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
■ Yes. List each account separately.

| | Type of account: | Institution name: | |
|---|---|---|---|
| | **Roth IRA** | **E*Trade Securities** | **$0.00** |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No
■ Yes. ....................

| | | Institution name or individual: | |
|---|---|---|---|
| | **Retainer Deposit** | **Lynch Murphy McLane, LLP** | **$2,500.00** |
| | **Retainer Deposit** | **Johnson May** | **$20,000.00** |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes............    Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No
☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☐ No
■ Yes.  Give specific information about them...

| | |
|---|---|
| **Personal Paintings by Amelia** | **$0.00** |
| **Uncompleted Short Stories by Nick** | **$0.00** |

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No
☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

| Debtor 1 | **Nicholas A. Jones** | | |
|---|---|---|---|
| Debtor 2 | **Amelia Jones** | | Case number *(if known)* |

**28. Tax refunds owed to you**

■ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No

☐ Yes. Give specific information......

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No

☐ Yes. Give specific information..

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Allianz Life (xx1670)** | **Amelia Jones** | **$53,629.94** |
| **Allianz Life (xx5787)** | **Amelia Jones** | **$184,516.42** |
| **Allianz Life (xx5967)** | **Amelia Jones** | **$5,000.00** |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No

☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No

☐ Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No

■ Yes. Describe each claim.........

| | |
|---|---|
| **Pending returns to Amazon** | **$450.00** |
| **Interest in future proceeds for Alice Jones' house per mediated agreement.** | **Unknown** |

**35. Any financial assets you did not already list**

☐ No

■ Yes. Give specific information..

| | |
|---|---|
| **Apple Card Rewards** | **$3.09** |

| Debtor 1 | **Nicholas A. Jones** | | |
|---|---|---|---|
| Debtor 2 | **Amelia Jones** | | Case number *(if known)* |

| | | |
|---|---|---|
| **Bank of Ann Arbor investment** | | **Unknown** |

| | | |
|---|---|---|
| **Tickets on Sale store credit (Credit code xx1565)** | | **$372.22** |

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**............................................................................................................. | **$277,624.06** |

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ■ No. Go to Part 6.
   ☐ Yes.  Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes.  Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ■ No
   ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................... | **$0.00** |

**Part 8:** List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ............................................................................................. | | **$1,381,198.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$50,624.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$17,973.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$277,624.06** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$346,221.06** | Copy personal property total **$346,221.06** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$1,727,419.06** |

## EXHIBIT AB-6

2 fridges
Chest freezer
2 washers + 2 dryers
Kitchen Aid
Cups, spoons, knives, forks, mugs, bowls
Pots/pans
Pitchers/Serving dishes, measuring cups/spoons
Keurig
Crockpot
Rice Cooker
Steamer
100 towels (hand, bath, swimming)
5 bedsheet sets
4 quilts/ 8 blankets
3 sofas
3 tables
15 chairs (table, basic, barstools)
Leather Lounge Chair
4 bedframes
Crib
3 nightstands / dresser
Bookshelves
Cube shelving
Lounge chairs
30 board/card games
Patio furniture /Hot tub
Children's Toys/Rollerblades/Skateboard
2 rugs
Whiteboard
Mirrors
Harmonica
Guitar
Manuel Stair steppers
3 toddler bikes/ 1 teen bike
Bike trailer
Stroller/carseats
2 adult skis / 1 kid skis
Custom ski boots /Ski helmets
Pink plastic car
Misc. Holiday Décor
Misc. Hand Tools
Misc. Camping Gear
Swim floaties
Backpacks/purse/diaper bag

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Nicholas A. Jones** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | **Amelia Jones** |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt          4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.** One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **3740 S. Millbrook Way Boise, ID 83716  Ada County**<br>Line from *Schedule A/B*: **1.1** | $732,198.00 | ☑ $175,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 55-1003 |
| **2011 Honda Odyssey EX-L 168000 miles**<br>**VIN ending 010570**<br>Line from *Schedule A/B*: **3.1** | $8,424.00 | ☑ $10,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(3) |
| **2010 Buick Enclave 164000 miles**<br>**VIN ending 253903**<br>Line from *Schedule A/B*: **3.2** | $1,200.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(10) |
| **2019 Tesla 3 62,000 miles**<br>**VIN ending 192596**<br>Line from *Schedule A/B*: **3.3** | $41,000.00 | ☑ $10,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(3) |
| **See Attached Exhibit AB-6**<br>Line from *Schedule A/B*: **6.1** | $6,063.00 | ☑ $6,063.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |

| Debtor 1 | **Nicholas A. Jones** |
|---|---|
| Debtor 2 | **Amelia Jones** |

Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Food Storage**<br>Line from *Schedule A/B*: **6.2** | $3,200.00 | ■  $3,200.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(4)** |
| **2 TVs (70in & 80in) ($600); Nintendo Switch + games ($135); Macbook Air 2021 ($400); Macbook Air 2020 ($500); Macbook Air 2018 ($450); Macbook Air 2015 ($150) iPad Pro 2021 ($600); iPad pro 2018 ($65); iPhone 13 mini ($300); iPhone 13 pro (**<br>Line from *Schedule A/B*: **7.1** | $4,110.00 | ■  $4,110.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Graded Pokemon collect cards ($900); Magic: The Gathering card collection ($600); Oversized Black Lotus ($550)**<br>Line from *Schedule A/B*: **8.1** | $2,050.00 | ■  $2,050.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **2015 Santa Cruz Bronson C**<br>Line from *Schedule A/B*: **9.1** | $1,500.00 | ■  $1,500.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(10)** |
| **Cannondale Road Bike**<br>Line from *Schedule A/B*: **9.2** | $500.00 | ■  $500.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(10)** |
| **Misc. Mens Clothes; Misc. Womens Clothes; Misc. Children's Clothes**<br>Line from *Schedule A/B*: **11.1** | $300.00 | ■  $300.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(b)** |
| **Mossainte Ring ($100); Lab Emerald Ring ($150)**<br>Line from *Schedule A/B*: **12.1** | $250.00 | ■  $250.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(2)** |
| **Cat (14 yrs old)**<br>Line from *Schedule A/B*: **13.1** | Unknown | ■  $0.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(b)** |
| **Checking: Columbia Bank xx6727**<br>Line from *Schedule A/B*: **17.1** | $4,450.03 | ■  75%<br>☐  100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-207** |
| **Personal Paintings by Amelia**<br>Line from *Schedule A/B*: **26.1** | $0.00 | ■  $0.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(10)** |

Debtor 1    **Nicholas A. Jones**
Debtor 2    **Amelia Jones**

Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Uncompleted Short Stories by Nick**<br>Line from *Schedule A/B*: **26.2** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(10) |
| **Allianz Life (xx1670)**<br>**Beneficiary: Amelia Jones**<br>Line from *Schedule A/B*: **31.1** | $53,629.94 | ■ $53,629.94<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(9) |
| **Allianz Life (xx5787)**<br>**Beneficiary: Amelia Jones**<br>Line from *Schedule A/B*: **31.2** | $184,516.42 | ■ $184,516.42<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(9) |
| **Allianz Life (xx5967)**<br>**Beneficiary: Amelia Jones**<br>Line from *Schedule A/B*: **31.3** | $5,000.00 | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(9) |

3. **Are you claiming a homestead exemption of more than $189,050?**
(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Nicholas A. Jones** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Amelia Jones** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|
| | | | |

**2.1 Detroit Land Bank Authority**

Creditor's Name

**Attn: Deputy Director
500 Griswold St., Suite 1200
Detroit, MI 48226**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**3349 Clairmount St. Detroit, MI 48206-1986  Wayne County
Detroit Land Bank purchase in 2020**

Column A: **Unknown**
Column B: **Unknown**
Column C: **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   **Reconveyance Deed or Release of Interest; held in Escrow by eTitle Agency**

Date debt was incurred  **9/2/2020**      Last 4 digits of account number  _____

| Debtor 1 | **Nicholas A. Jones** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Amelia Jones** | | | | |
| | First Name | Middle Name | Last Name | | |

---

| 2.2 | **Guarranted Rate** | **Describe the property that secures the claim:** | $641,160.99 | $732,198.00 | $0.00 |

Creditor's Name

**3740 S. Millbrook Way Boise, ID
83716  Ada County**

**PO Box 100077
Duluth, GA 30096**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** _____     **Last 4 digits of account number** _____

---

| 2.3 | **Guarranted Rate** | **Describe the property that secures the claim:** | $434,347.82 | $649,000.00 | $0.00 |

Creditor's Name

**3215 S. Brookridge Way Boise, ID
83716  Ada County**

**PO Box 100077
Duluth, GA 30096**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** _____     **Last 4 digits of account number** _____

---

| Debtor 1 | **Nicholas A. Jones** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Amelia Jones** | | | | |
| | First Name | Middle Name | Last Name | | |

---

| **2.4** | **Idaho Central Credit Union** | | | | $31,533.96 | $41,000.00 | $0.00 |
|---|---|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

> 2019 Tesla 3 62,000 miles
> VIN ending 192596

**4400 Central Way**
**Pocatello, ID 83206**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Auto Loan

Date debt was incurred    **September 2019**      Last 4 digits of account number    1214

---

| **2.5** | **Mountain West Bank** | | | | $90,900.00 | $649,000.00 | $0.00 |
|---|---|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

> 3215 S. Brookridge Way Boise, ID
> 83716  Ada County

**802 W. Bannock St., #100**
**Boise, ID 83702**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    HELOC

Date debt was incurred      Last 4 digits of account number

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $1,197,942.77 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $1,197,942.77 |

**Part 2:**  List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]    Name, Number, Street, City, State & Zip Code
**eTitle Agency**
**1650 W. Big Beaver Rd**
**Troy, MI 48084**

On which line in Part 1 did you enter the creditor?    **2.1**

Last 4 digits of account number __ __

| Debtor 1 | **Nicholas A. Jones** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Amelia Jones** | | | | |
| | First Name | Middle Name | Last Name | | |

[  ]  Name, Number, Street, City, State & Zip Code
**Idaho Central Credit Union**
**P.O. Box 2469**
**Pocatello, ID 83206**

On which line in Part 1 did you enter the creditor?  **2.4**

Last 4 digits of account number ___

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 4

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Nicholas A. Jones** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Amelia Jones** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **Idaho State Tax Commission** | |
|---|---|---|
| | Priority Creditor's Name | |
| | **P.O. Box 36** | |
| | **Boise, ID 83722-0410** | |
| | Number Street City State Zip Code | |

Last 4 digits of account number ___  ___  ___  ___    Total claim **$0.00**    Priority amount **$0.00**    Nonpriority amount **$0.00**

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a **community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Notice Only**

| 2.2 | **Internal Revenue Service** | |
|---|---|---|
| | Priority Creditor's Name | |
| | **P.O. Box 7346** | |
| | **Philadelphia, PA 19101-7346** | |
| | Number Street City State Zip Code | |

Last 4 digits of account number ___  ___  ___  ___    **$0.00**    **$0.00**    **$0.00**

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a **community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Notice Only**

Debtor 1  **Nicholas A. Jones**
Debtor 2  **Amelia Jones**

Case number (if known) _____

| 2.3 | **Utah State Tax Commission** | Last 4 digits of account number **7533** | **$1,386.67** | **$1,386.67** | **$0.00** |

Priority Creditor's Name
**210 N 1950 W**
**Salt Lake City, UT 84134**
Number Street City State Zip Code

**When was the debt incurred?**   **Dec 31, 2021**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify      **Civil Judgment**

---

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☒ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |
|---|---|---|

| 4.1 | **Amazon Store Credit Card** | Last 4 digits of account number **2259** | **$1,014.09** |

Nonpriority Creditor's Name
**c/o Synchrony Bank**
**PO Box 960013**
**Orlando, FL 32896-0013**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Credit Card (pending returns)**

Debtor 1   **Nicholas A. Jones**
Debtor 2   **Amelia Jones**

Case number (if known) _____

---

| 4.2 | **AMEX** | Last 4 digits of account number ___ ___ ___ ___ | $157,000.00 |

Nonpriority Creditor's Name

**Correspondence/Bankruptcy**
**PO Box 981540**
**El Paso, TX 79998**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card - Good Burger**

---

| 4.3 | **Apple Credit Card** | Last 4 digits of account number ___ ___ ___ ___ | $0.00 |

Nonpriority Creditor's Name

**c/o Goldman Sachs Bank**
**PO Box 7247**
**Philadelphia, PA 19170-6112**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.4 | **Asmodee: Game Publisher** | Last 4 digits of account number ___ ___ ___ ___ | $68,000.00 |

Nonpriority Creditor's Name

**1995 County Rd B2 West**
**Roseville, MN 55113**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Line of Credit - For the Love of Games, LLC**

---

Debtor 1  **Nicholas A. Jones**
Debtor 2  **Amelia Jones**

Case number (if known)

---

| 4.5 | **Bar Store Resaurant Design** | Last 4 digits of account number | | $315,150.86 |

Nonpriority Creditor's Name
**8648 W. Elisa St**
**Boise, ID 83709**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Goods & Services**

---

| 4.6 | **Bay First Financial** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**700 Central Ave**
**Saint Petersburg, FL 33701**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - JKP Specialty Retail Inc**

---

| 4.7 | **BlueVine, Inc** | Last 4 digits of account number | 5405 | $49,928.58 |

Nonpriority Creditor's Name
**401 Warren St**
**Redwood City, CA 94063**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Draw Line**

---

Debtor 1  **Nicholas A. Jones**
Debtor 2  **Amelia Jones**

Case number (if known) _____

---

| 4.8 | **BOISE RADIOLOGY GROUP** | Last 4 digits of account number | **4420** | **$76.32** |

Nonpriority Creditor's Name
**115 W MAIN ST**
**BOISE, ID 83702**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Medical**

---

| 4.9 | **Boise Towne Square Mall** | Last 4 digits of account number | | **$45,000.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**350 N. Milwaukee St**
**Boise, ID 83704**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Lease**

---

| 4.10 | **Bonneville Billing & Collect** | Last 4 digits of account number | | **$606.40** |

Nonpriority Creditor's Name
**8752 W. Overland Rd.**
**Boise, ID 83709**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Concluded Litigation**

---

Debtor 1   **Nicholas A. Jones**
Debtor 2   **Amelia Jones**

Case number (*if known*) _____

---

| 4.1 1 | **Brian Cronin** | Last 4 digits of account number _____ | $241,781.00 |

Nonpriority Creditor's Name
**802 W. Brumback**
**Boise, ID 83702**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Good Burger**

---

| 4.1 2 | **Capital One** | Last 4 digits of account number  **6801** | $55,124.35 |

Nonpriority Creditor's Name
**P.O. Box 30281**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card -Business**

---

| 4.1 3 | **Capital One** | Last 4 digits of account number  **8813** | $50,497.66 |

Nonpriority Creditor's Name
**P.O. Box 30281**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Credit Card - For the Love of Games**

---

Debtor 1  **Nicholas A. Jones**
Debtor 2  **Amelia Jones**

Case number (*if known*) _____

---

| 4.1 4 | **Capital One** | Last 4 digits of account number | **7610** | **$89,303.43** |

Nonpriority Creditor's Name
**P.O. Box 30281**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Credit Card - Good Burger of Layton**

---

| 4.1 5 | **Capital One** | Last 4 digits of account number | **0943** | **$247.51** |

Nonpriority Creditor's Name
**P.O. Box 30281**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal Credit Card**

---

| 4.1 6 | **Capital One** | Last 4 digits of account number | **4421** | **$0.00** |

Nonpriority Creditor's Name
**P.O. Box 30281**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Credit Card - Bacon on A Stick**

---

Debtor 1   **Nicholas A. Jones**
Debtor 2   **Amelia Jones**                                             Case number (if known) _____

| | | |
|---|---|---|
| **4.17** | **City of Boise** | Last 4 digits of account number _____ |

$1,800.00

Nonpriority Creditor's Name
**P.O. Box 2060**
**Boise, ID 83701-2060**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Parking tickets**

| | | |
|---|---|---|
| **4.18** | **Coca-Cola of Southern Utah** | Last 4 digits of account number **1928** |

$827.12

Nonpriority Creditor's Name
**c/o Continental Commercial**
**1111 N. Brand Blvd, Ste 401**
**Glendale, CA 91202**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?   **4/9/2021-10/4/2022**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Goods & Services - Good Burger II**

| | | |
|---|---|---|
| **4.19** | **Coca-Cola of Southern Utah** | Last 4 digits of account number **1928** |

$810.14

Nonpriority Creditor's Name
**c/o Continental Commercial**
**1111 N. Brand Blvd, Ste 401**
**Glendale, CA 91202**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?   **4/15/2021-10/4/2022**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Goods & Services - Good Burger II**

Debtor 1  **Nicholas A. Jones**
Debtor 2  **Amelia Jones**

Case number (*if known*) _____

---

**4.2 0**

**Coca-Cola of Southern Utah**
Nonpriority Creditor's Name
**c/o Continental Commercial**
**1111 N. Brand Blvd, Ste 401**
**Glendale, CA 91202**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **1927**          **$2,251.07**

When was the debt incurred?  **12/17/2020-10/4/2022**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Goods & Services - Good Burger**

---

**4.2 1**

**Coca-Cola of Southern Utah**
Nonpriority Creditor's Name
**c/o Continental Commercial**
**1111 N. Brand Blvd, Ste 401**
**Glendale, CA 91202**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **1927**          **$2,249.45**

When was the debt incurred?  **12/17/2020-10/4/2022**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Goods & Services - Good Burger**

---

**4.2 2**

**CopperView Medical Center**
Nonpriority Creditor's Name
**3556 Shields Ln. #101**
**South Jordan, UT 84095**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **4704**          **$316.00**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical**

---

Debtor 1   **Nicholas A. Jones**
Debtor 2   **Amelia Jones**

Case number (if known) _____

---

| 4.2 3 | **Detroit Water & Sewerage** | Last 4 digits of account number _____ | **$1,587.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Water Board**
**735 Randolph St, 1st Floor**
**Detroit, MI 48226**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

Is the claim subject to offset?
☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Water Bills for Detroit house**

---

| 4.2 4 | **Divvy** | Last 4 digits of account number **8861** | **$21,505.93** |
|---|---|---|---|

Nonpriority Creditor's Name
**13707 S 200 W., Ste. 100**
**Draper, UT 84020**
Number Street City State Zip Code

When was the debt incurred? **7/14/2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Credit Card - Fantastic Games**

---

| 4.2 5 | **Dominion Energy, Inc** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**120 Tredegar St, 6th Floor**
**Richmond, VA 23219**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

Is the claim subject to offset?
☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt - Good Burger II, LLC**

---

Debtor 1  **Nicholas A. Jones**
Debtor 2  **Amelia Jones**

Case number (if known) _____

---

| 4.2 6 | **Don Brandt** | **Last 4 digits of account number** | **109,110,111** | **$100,365.28** |

Nonpriority Creditor's Name
**203 11th Ave S**
**Nampa, ID 83651**
Number Street City State Zip Code

**When was the debt incurred?**  **6/25/2020**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Loan - Bacon on a Stick**

---

| 4.2 7 | **ETrade** | **Last 4 digits of account number** | **8931** | **$49.38** |

Nonpriority Creditor's Name
**PO Box 484**
**Jersey City, NJ 07303-0484**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **past IRA account**

---

| 4.2 8 | **Fetzer Booth, PC** | **Last 4 digits of account number** | **791,933,112 3,1483,1672, 1842** | **$6,475.90** |

Nonpriority Creditor's Name
**50 W. Broadway, Suite 1200**
**Salt Lake City, UT 84101**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Legal Services**

---

Debtor 1  **Nicholas A. Jones**
Debtor 2  **Amelia Jones**

Case number (if known) _____

---

| 4.2 9 | **First Home Bank** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**700 Central Ave**
**Saint Petersburg, FL 33701**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a **community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal Guaranty for 2018 SBA Loan to JKP Specialty Retail, Inc.**

---

| 4.3 0 | **Funding Metrics** | Last 4 digits of account number _____ | **$32,852.48** |

Nonpriority Creditor's Name
**3220 Tillman Dr., Suite 200**
**Bensalem, PA 19020**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a **community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Merchant Cash Advance - For the Love of Games, LLC**

---

| 4.3 1 | **GiftCraft, Inc.** | Last 4 digits of account number _____ | **$3,000.00** |

Nonpriority Creditor's Name
**Attn: Bankrutpcy**
**300 International Dr #100**
**Williamsville, NY 14221**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim is for a **community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business - Fantastic Games**

---

Debtor 1   **Nicholas A. Jones**
Debtor 2   **Amelia Jones**                                                    Case number (if known) _____

---

| 4.3 2 | **Headway Capital** | Last 4 digits of account number | 4656 | $66,864.48 |

Nonpriority Creditor's Name

**175 W. Jackson Blvd #1000**
**Chicago, IL 60604**

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                       ■ Contingent
☐ Debtor 2 only                                       ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                          ☐ Disputed
■ At least one of the debtors and another             **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**          ☐ Student loans
**debt**                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims
■ No                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                 ■ Other. Specify   **Business Line of Credit - For the Love of**
                                                                          **Games**

---

| 4.3 3 | **Idaho Central Credit Union** | Last 4 digits of account number | 3359 | $21,357.21 |

Nonpriority Creditor's Name

**4400 Central Way**
**Chubbuck, ID 83202**

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                       ☐ Contingent
☐ Debtor 2 only                                       ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                          ■ Disputed
■ At least one of the debtors and another             **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**          ☐ Student loans
**debt**                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims
■ No                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                 ■ Other. Specify   **Business Debt - Chow Public Market &**
                                                                          **Eatery**

---

| 4.3 4 | **Idaho Central Credit Union** | Last 4 digits of account number | 6461 | $18,688.83 |

Nonpriority Creditor's Name

**4400 Central Way**
**Pocatello, ID 83202**

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                       ☐ Contingent
☐ Debtor 2 only                                       ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                          ■ Disputed
■ At least one of the debtors and another             **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community**          ☐ Student loans
**debt**                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims
■ No                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                 ■ Other. Specify   **Business Debt - Good Burger**

---

Debtor 1    **Nicholas A. Jones**
Debtor 2    **Amelia Jones**

Case number (if known) _____

---

| 4.3 5 | **Idaho Central Credit Union** | Last 4 digits of account number  **7792** | **$9,671.05** |
|---|---|---|---|

Nonpriority Creditor's Name
**4400 Central Way**
**Pocatello, ID 83202**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - For the Love of Games**

---

| 4.3 6 | **Idaho Power** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 70**
**Boise, ID 83707**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Good Burger 10th & Main**

---

| 4.3 7 | **Jeannine & J. Lloyd Eldredge** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**1628 S. Cobblestone Ln**
**Saint George, UT 84790**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Pending Mediated Settlement + claims related to discontinued business**

---

Debtor 1   **Nicholas A. Jones**
Debtor 2   **Amelia Jones**

Case number (if known) _____

| 4.38 | | | |
|---|---|---|---|

**John Hileman**
Nonpriority Creditor's Name
**1660 W. Verbena Dr**
**Meridian, ID 83642**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____              **$407,933.41**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal Home Loans**

---

| 4.39 | | | |
|---|---|---|---|

**Joseph J. Cacopardo**
Nonpriority Creditor's Name
**1563 W. Par Ct**
**Eagle, ID 83616**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____              **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **paid off judgment - no satisfaction filed**

---

| 4.40 | | | |
|---|---|---|---|

**Ken Somerville**
Nonpriority Creditor's Name
**5369 Hayseed Way**
**Boise, ID 83716**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____              **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Partnership Loan (pending settlement) + claims related to discontinued business**

Debtor 1  **Nicholas A. Jones**
Debtor 2  **Amelia Jones**

Case number (if known) _____

---

**4.4 1**

**Kount, Inc**
Nonpriority Creditor's Name
**1005 W. Main St**
**Boise, ID 83702**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____      $4,200.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Fantastic Games**

---

**4.4 2**

**Layton Hills Mall CMBS, LLC**
Nonpriority Creditor's Name
**c/o Corporation Service Comp**
**15 W. South Temple, Ste 600**
**Salt Lake City, UT 84101**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   0293      $269,255.20

When was the debt incurred?   10/3/2022

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Civil Judgment**

---

**4.4 3**

**MWSS Law**
Nonpriority Creditor's Name
**827 E. Park Blvd, Suite 201**
**Boise, ID 83712**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   1341      $12,288.52

When was the debt incurred?   7/18/2022

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Legal Services**

---

Debtor 1  **Nicholas A. Jones**
Debtor 2  **Amelia Jones**                                        Case number (if known) _____

| 4.4 4 | **Northwest Bank** | Last 4 digits of account number _____ | **$117,010.56** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**1750 W. Front St., #150**
**Boise, ID 83702**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Good Burger**

---

| 4.4 5 | **Overland Park One, LLC** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**c/o Oppenheimer Companies**
**877 W. Main St., Suite 700**
**Boise, ID 83702**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal Guaranty for Commercial lease at 7070 Overland Rd, Boise, ID 83709 for JKP Specialty Retail, Inc.**

---

| 4.4 6 | **Pacific University** | Last 4 digits of account number _____ | **$13,800.00** |

Nonpriority Creditor's Name
**2043 College Way**
**Forest Grove, OR 97116**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Schooling**

---

Debtor 1  **Nicholas A. Jones**
Debtor 2  **Amelia Jones**                                    Case number (if known) _____

---

| 4.47 | **PARSONS BEHLE & LATIMER** | Last 4 digits of account number _____ | **$10,000.00** |

Nonpriority Creditor's Name
**201 S MAIN STREET, STE 1800**
**SALT LAKE CITY, UT 84131-0826**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Legal Services**

---

| 4.48 | **Peak Audio Companies** | Last 4 digits of account number  0106 | **$719.95** |

Nonpriority Creditor's Name
**PO Box 27127**
**Salt Lake City, UT 84127-0127**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **bracket installation**

---

| 4.49 | **Pixel Light Digital Imaging** | Last 4 digits of account number  0087 | **$4,000.00** |

Nonpriority Creditor's Name
**2315 N. Mountain View Dr**
**Boise, ID 83706**
Number Street City State Zip Code

When was the debt incurred?   **8/2/2021**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Goods & Services**

---

Debtor 1    **Nicholas A. Jones**
Debtor 2    **Amelia Jones**

Case number (if known) _____

---

| 4.5 0 | **Reliant Funding** | Last 4 digits of account number | **1506** | **$112,410.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**9540 Towne Centre Dr #200**
**San Diego, CA 92121**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business - For the Love of Games**

---

| 4.5 1 | **Robin Carnes** | Last 4 digits of account number | | **$230,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**2915 N. Pauley Dr**
**Boise, ID 83704**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Partnership Loan**

---

| 4.5 2 | **SBA/DFC** | Last 4 digits of account number | | **$100,200.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**721 19th St**
**3rd Floor, Room 301**
**Denver, CO 80202**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Court Sentence - Fine**

---

Debtor 1   **Nicholas A. Jones**
Debtor 2   **Amelia Jones**

Case number (*if known*) _____

---

| 4.5 3 | | | |
|---|---|---|---|

**Sears Credit Card**

Nonpriority Creditor's Name
**PO Box 6282**
**Sioux Falls, SD 57117-6282**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **7732**                          **$0.00**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal Credit Card**

---

| 4.5 4 | | | |
|---|---|---|---|

**Shamrock Foods**

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**1495 N. Hickory Ave**
**Meridian, ID 83642**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   _____              **$26,000.00**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Goods & Services**

---

| 4.5 5 | | | |
|---|---|---|---|

**Small Business Administratio**

Nonpriority Creditor's Name
**409 3rd Street, SW**
**Washington, DC 20416**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number   **7903**                      **$150,000.00**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Covid 19 Economic Injury Disaster Loan - Chow**

---

Debtor 1  **Nicholas A. Jones**
Debtor 2  **Amelia Jones**

Case number (*if known*) _____

---

| 4.5 6 | **Small Business Administratio** | Last 4 digits of account number | 8003 | $79,000.00 |

Nonpriority Creditor's Name
**409 3rd Street, SW**
**Washington, DC 20416**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Covid 19 Economic Injury Disaster Loan - For the Love of Games**

---

| 4.5 7 | **Small Business Administratio** | Last 4 digits of account number | 8002 | $51,000.00 |

Nonpriority Creditor's Name
**409 3rd Street, SW**
**Washington, DC 20416**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Covid 19 Economic Injury Disaster Loan - Good Burger of 10th and Main**

---

| 4.5 8 | **Small Business Administratio** | Last 4 digits of account number | 8200 | $100,000.00 |

Nonpriority Creditor's Name
**409 3rd Street, SW**
**Washington, DC 20416**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Covid 19 Economic Injury Disaster Loan - Sehon Family Holdings**

---

Debtor 1 **Nicholas A. Jones**
Debtor 2 **Amelia Jones**

Case number (*if known*) _____

---

| 4.5 9 | **Small Business Administratio** | Last 4 digits of account number | **7205** | **$500,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**409 3rd Street, SW**
**Washington, DC 20416**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Covid 19 Economic Injury Disaster Loan - Good Burger II**

---

| 4.6 0 | **Southtown Mall** | Last 4 digits of account number | | **$50,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**10450 State St. #2330**
**Sandy, UT 84070**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Lease - Good Burger**

---

| 4.6 1 | **St Lukes** | Last 4 digits of account number | **5331** | **$1,887.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**190 E. Bannock St.**
**Boise, ID 83712**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **ER Visit**

---

Debtor 1  **Nicholas A. Jones**

Debtor 2  **Amelia Jones**

Case number (if known) _____

| 4.6 2 | **St. Luke's** | **Last 4 digits of account number** _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**190 E. Bannock St.**

**Boise, ID 83712**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Pregnancy Medical Visits**

| 4.6 3 | **Stephanie Clark** | **Last 4 digits of account number** _____ | **$4,833.33** |
|---|---|---|---|

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

| 4.6 4 | **Swire - CocaCola, USA** | **Last 4 digits of account number** 8748 _____ | **$66,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**1624 Market St., Ste. 202**

**Denver, CO 80202**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Goods & Services - Good Burger II**

Debtor 1  **Nicholas A. Jones**
Debtor 2  **Amelia Jones**

Case number (if known) _____

---

| **4.6 5** | **Utah Labor Commission** | Last 4 digits of account number | **6475** | **$1,600.00** |

Nonpriority Creditor's Name
**160 E. 300 S., 3rd Floor**
**Salt Lake City, UT 84114**
Number Street City State Zip Code

When was the debt incurred?  **12/2/2021**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Foreign Judgment - Good Burger**

---

| **4.6 6** | **Utah Labor Commission** | Last 4 digits of account number | **1926** | **$1,600.00** |

Nonpriority Creditor's Name
**160 E. 300 S., 3rd Floor**
**Salt Lake City, UT 84114**
Number Street City State Zip Code

When was the debt incurred?  **10/18/2022**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Foreign Judgment - Good Burger II**

---

| **4.6 7** | **Utah Labor Commission** | Last 4 digits of account number | **4657** | **$1,269.00** |

Nonpriority Creditor's Name
**160 E. 300 S., 3rd Floor**
**Salt Lake City, UT 84114**
Number Street City State Zip Code

When was the debt incurred?  **9/28/2022**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Foreign Judgment - Good Burger II**

---

Debtor 1  **Nicholas A. Jones**
Debtor 2  **Amelia Jones**

Case number (if known)

| 4.6 8 | | | |
|---|---|---|---|

**Utah Labor Commission**
Nonpriority Creditor's Name
**160 E. 300 S., 3rd Floor**
**Salt Lake City, UT 84114**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2764**

When was the debt incurred?    **9/15/2022**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Foreign Judgment - Good Burger II**

$1,269.00

---

| 4.6 9 | | | |
|---|---|---|---|

**Utah Property Mgmt. Assoc.**
Nonpriority Creditor's Name
**51 S. Main St., Suite 301**
**Salt Lake City, UT 84111**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **4666**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Retail Rental Space - Good Burger II**

$302,275.79

---

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address
**David L. Brown**
**Attorney at Law**
**PO Box 790**
**Rigby, ID 83442**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.2** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Federal Bureau of Prisons**
**Inmate Financial Resp. Progr**
**320 First St. NW**
**Washington, DC 20534**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.52** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Idaho Central Credit Union**
**P.O. Box 2469**
**Pocatello, ID 83206**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.33** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address

On which entry in Part 1 or Part 2 did you list the original creditor?

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 25 of 27

Debtor 1  **Nicholas A. Jones**

Debtor 2  **Amelia Jones**

Case number (if known) _____

| | |
|---|---|
| **Idaho Central Credit Union**<br>**P.O. Box 2469**<br>**Pocatello, ID 83206** | Line **4.34** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Idaho Central Credit Union**<br>**P.O. Box 2469**<br>**Pocatello, ID 83206** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.35** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Jeannine & J. Lloyd Eldredge**<br>**1628 S. Cobblestone Ln**<br>**Saint George, UT 84790** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.37** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**SBA - Boise Office**<br>**380 Parkcenter Blvd, #330**<br>**Boise, ID 83706** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.55** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**SBA - Boise Office**<br>**380 Parkcenter Blvd, #330**<br>**Boise, ID 83706** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.56** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**SBA - Boise Office**<br>**380 Parkcenter Blvd, #330**<br>**Boise, ID 83706** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.57** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**SBA - Boise Office**<br>**380 Parkcenter Blvd, #330**<br>**Boise, ID 83706** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.58** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**SBA - Boise Office**<br>**380 Parkcenter Blvd, #330**<br>**Boise, ID 83706** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.59** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**US District Court of Idaho**<br>**Attn: Inmate Financial Resp.**<br>**550 W. Fort St**<br>**Boise, ID 83724** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.52** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

**Part 4:**    Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | | Total Claim |
|---|---|---|---|---|---|
| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 1,386.67 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |

Debtor 1    **Nicholas A. Jones**

Debtor 2    **Amelia Jones**

Case number (*if known*) _____

| | | | | |
|---|---|---|---|---|
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $     **1,386.67** |
| **Total claims from Part 2** | | | | **Total Claim** |
| | 6f. | **Student loans** | 6f. | $     **0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $     **0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $     **0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $     **3,982,953.28** |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $     **3,982,953.28** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Nicholas A. Jones** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Amelia Jones** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Carter & Daisy Banks**<br>**3215 S Brookridge Way**<br>**Boise, ID 83716** | **Lease Agreement. Sept 1, 2022-Aug 31, 2023.** |
| 2.2 | **Evan Nishihama**<br>**3215 S Brookridge Way**<br>**Boise, ID 83716** | **Lease Agreement. Sept 1, 2022-Aug 31, 2023.** |
| 2.3 | **Joseph Lloyd Eldredge**<br>**1628 S Cobblestone Lane**<br>**Saint George, UT 84790** | **$1,400 per month. Terminates at death or default.** |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Nicholas A. Jones** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Amelia Jones** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO | | |
| Case number (if known) | _____ | | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No
    ■ Yes.

    In which community state or territory did you live?   **-NONE-**  . Fill in the name and current address of that person.

    _____
    Name of your spouse, former spouse, or legal equivalent
    Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1    **Bacon on A Stick**<br><br>     **Co-Debtor for $53,000** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.26**<br>☐ Schedule G _____<br>**Don Brandt** |
| 3.2    **Chow Public Market & Eatery** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.55**<br>☐ Schedule G _____<br>**Small Business Administratio** |

| | |
|---|---|
| Debtor 1 | **Nicholas A. Jones** |
| | **Amelia Jones** |

Case number *(if known)* _____

**▉** **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

| | | |
|---|---|---|
| 3.3 | **Chow Public Market & Eatery** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.33__ <br> ☐ Schedule G _____ <br> **Idaho Central Credit Union** |
| 3.4 | **Chow Public Market & Eatery** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.9__ <br> ☐ Schedule G _____ <br> **Boise Towne Square Mall** |
| 3.5 | **Fantastic Games** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.31__ <br> ☐ Schedule G _____ <br> **GiftCraft, Inc.** |
| 3.6 | **Fantastic Games** <br> **120 N 8th Street** <br> **Boise, ID 83702** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.41__ <br> ☐ Schedule G _____ <br> **Kount, Inc** |
| 3.7 | **For the Love of Games, LLC** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.13__ <br> ☐ Schedule G _____ <br> **Capital One** |
| 3.8 | **For the Love of Games, LLC** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.56__ <br> ☐ Schedule G _____ <br> **Small Business Administratio** |
| 3.9 | **For the Love of Games, LLC** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.35__ <br> ☐ Schedule G _____ <br> **Idaho Central Credit Union** |
| 3.10 | **For the Love of Games, LLC** | ■ Schedule D, line __2.4__ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G _____ <br> **Idaho Central Credit Union** |

| Debtor 1 | Nicholas A. Jones |
|---|---|
| | Amelia Jones |

Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

**3.11** **For the Love of Games, LLC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.7__
☐ Schedule G _____
**BlueVine, Inc**

**3.12** **For the Love of Games, LLC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.24__
☐ Schedule G _____
**Divvy**

**3.13** **For the Love of Games, LLC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.32__
☐ Schedule G _____
**Headway Capital**

**3.14** **For the Love of Games, LLC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.50__
☐ Schedule G _____
**Reliant Funding**

**3.15** **For the Love of Games, LLC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.30__
☐ Schedule G _____
**Funding Metrics**

**3.16** **For the Love of Games, LLC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.17__
☐ Schedule G _____
**City of Boise**

**3.17** **For the Love of Games, LLC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.63__
☐ Schedule G _____
**Stephanie Clark**

**3.18** **For the Love of Games, LLC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.15__
☐ Schedule G _____
**Capital One**

| | |
|---|---|
| Debtor 1 | **Nicholas A. Jones**<br>**Amelia Jones** |

Case number *(if known)* _____

| | |
|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.19    **Good Burger**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.65**___
☐ Schedule G _____
**Utah Labor Commission**

---

3.20    **Good Burger**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.12**___
☐ Schedule G _____
**Capital One**

---

3.21    **Good Burger**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.2**___
☐ Schedule G _____
**AMEX**

---

3.22    **Good Burger**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.42**___
☐ Schedule G _____
**Layton Hills Mall CMBS, LLC**

---

3.23    **Good Burger**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.43**___
☐ Schedule G _____
**MWSS Law**

---

3.24    **Good Burger**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.60**___
☐ Schedule G _____
**Southtown Mall**

---

3.25    **Good Burger**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.44**___
☐ Schedule G _____
**Northwest Bank**

---

3.26    **Good Burger**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.28**___
☐ Schedule G _____
**Fetzer Booth, PC**

---

| Debtor 1 | Nicholas A. Jones | | Case number *(if known)* | |
|---|---|---|---|---|
| | **Amelia Jones** | | | |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.27 **Good Burger** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.34___<br>☐ Schedule G _____<br>**Idaho Central Credit Union** |
| 3.28 **Good Burger** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.11___<br>☐ Schedule G _____<br>**Brian Cronin** |
| 3.29 **Good Burger** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.51___<br>☐ Schedule G _____<br>**Robin Carnes** |
| 3.30 **Good Burger** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.40___<br>☐ Schedule G _____<br>**Ken Somerville** |
| 3.31 **Good Burger** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.20___<br>☐ Schedule G _____<br>**Coca-Cola of Southern Utah** |
| 3.32 **Good Burger** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.21___<br>☐ Schedule G _____<br>**Coca-Cola of Southern Utah** |
| 3.33 **Good Burger II, LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.59___<br>☐ Schedule G _____<br>**Small Business Administratio** |
| 3.34 **Good Burger II, LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.69___<br>☐ Schedule G _____<br>**Utah Property Mgmt Assoc.** |

| Debtor 1 | **Nicholas A. Jones**<br>**Amelia Jones** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.35  **Good Burger II, LLC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.64__
☐ Schedule G _____
**Swire - CocaCola, USA**

3.36  **Good Burger II, LLC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.54__
☐ Schedule G _____
**Shamrock Foods**

3.37  **Good Burger II, LLC**

☐ Schedule D, line _____
■ Schedule E/F, line __2.3__
☐ Schedule G _____
**Utah State Tax Commission**

3.38  **Good Burger II, LLC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.18__
☐ Schedule G _____
**Coca-Cola of Southern Utah**

3.39  **Good Burger II, LLC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.66__
☐ Schedule G _____
**Utah Labor Commission**

3.40  **Good Burger II, LLC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.67__
☐ Schedule G _____
**Utah Labor Commission**

3.41  **Good Burger II, LLC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.68__
☐ Schedule G _____
**Utah Labor Commission**

3.42  **Good Burger II, LLC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.19__
☐ Schedule G _____
**Coca-Cola of Southern Utah**

| Debtor 1 | **Nicholas A. Jones** | | | |
| | **Amelia Jones** | | Case number *(if known)* | |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.43 **Good Burger of 10th & Main** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.57__<br>☐ Schedule G _____<br>**Small Business Administratio** |
| 3.44 **Good Burger of Layton, LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.14__<br>☐ Schedule G _____<br>**Capital One** |
| 3.45 **Sehon Family Holdings, LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.58__<br>☐ Schedule G _____<br>**Small Business Administratio** |
| 3.46 **Sehon Family Holdings, LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.47__<br>☐ Schedule G _____<br>**PARSONS BEHLE & LATIMER** |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Nicholas A. Jones** |
| Debtor 2 (Spouse, if filing) | **Amelia Jones** |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

<u>Official Form 106I</u>

# Schedule I: Your Income
12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Part 1:**     **Describe Employment**

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | | **Self-Employed** | **Homemaker/Self-Employed** |
| Employer's name | | | |
| Employer's address | | | |
| How long employed there? | | **15 Years** | |

**Part 2:**     **Give Details About Monthly Income**

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $    **8,111.31** | $    **0.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$    **0.00** | +$    **0.00** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $    **8,111.31** | $    **0.00** |

| Debtor 1 | **Nicholas A. Jones** |
|---|---|
| Debtor 2 | **Amelia Jones** |

Case number (*if known*) _____

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **Copy line 4 here** .......................................................................... | 4. | $ | 8,111.31 | $ | 0.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 2,000.00 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 2,000.00 | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 6,111.31 | $ 0.00 |

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 256.32 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent receive regularly** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 + | $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 256.32 | $ 0.00 |

| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 6,367.63 + | $ 0.00 = | $ 6,367.63 |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____

| | 11. | +$ | 0.00 |
|---|---|---|---|

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies

| | 12. | $ | 6,367.63 |
|---|---|---|---|

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

■ Yes. Explain: | Nick will be incarcerated; it's expected that Amelia will take over his job. Increase/Decrease changes are unknown right now. |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Nicholas A. Jones** |
| Debtor 2 (Spouse, if filing) | **Amelia Jones** |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

      ■ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents names.

   ■ Yes.  Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 1 | ☐ No    ■ Yes |
| Daughter | 3 | ☐ No    ■ Yes |
| Daughter | 13 | ☐ No    ■ Yes |
| | | ☐ No    ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No

   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | **Your expenses** |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.
   | 4. $ | 4,588.84 |

   If not included in line 4:

   | 4a. | Real estate taxes | 4a. $ | 0.00 |
   |---|---|---|---|
   | 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
   | 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
   | 4d. | Homeowner's association or condominium dues | 4d. $ | 110.00 |

5. **Additional mortgage payments for your residence,** such as home equity loans
   | 5. $ | 0.00 |

| Debtor 1 | **Nicholas A. Jones** | | Case number (if known) | |
|---|---|---|---|---|
| Debtor 2 | **Amelia Jones** | | | |

| | | | | |
|---|---|---|---|---:|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 190.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 18.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 65.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 1,110.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 850.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 0.00 |
| 10. | **Personal care products and services** | | 10. $ | 0.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 150.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 26.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 160.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 110.00 |
| 21. | **Other:** Specify:     HELOC | | 21. +$ | 323.94 |

| | | | |
|---|---|---|---:|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 7,701.78 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 7,701.78 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 6,367.63 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 7,701.78 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -1,334.15 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes.    Explain here: **Amelia is approx. 6 months pregnant, so expenses are expected to rise after birth.**

**Fill in this information to identify your case:**

Debtor 1    **Nicholas A. Jones**
_____
First Name          Middle Name          Last Name

Debtor 2    **Amelia Jones**
(Spouse if, filing)  _____
First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number    _____
(if known)

☐ Check if this is an
   amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Nicholas A. Jones**                          X **/s/ Amelia Jones**
_____              _____
   **Nicholas A. Jones**                                 **Amelia Jones**
   Signature of Debtor 1                                 Signature of Debtor 2

Date **October 31, 2022**                           Date **October 31, 2022**
_____              _____

Official Form 106Dec                    Declaration About an Individual Debtor's Schedules

<table>
<tr><td colspan="3" style="background:black;color:white">Fill in this information to identify your case:</td></tr>
</table>

**Fill in this information to identify your case:**

| Debtor 1 | **Nicholas A. Jones** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Amelia Jones** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy     04/22

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ■ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **3215 S. Brookridge Way Boise, ID 83716** | From-To: **December 17, 2021 - July 8, 2022** | ■ Same as Debtor 1 | ■ Same as Debtor 1 From-To: |
| **5946 E. Barber Dr Boise, ID 83716** | From-To: **June 14, 2019 - December 2, 2021** | ■ Same as Debtor 1 | ■ Same as Debtor 1 From-To: |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☐ No
   ■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| Debtor 1 | Debtor 2 |
|---|---|

| Debtor 1 | **Nicholas A. Jones** |
|---|---|
| Debtor 2 | **Amelia Jones** |

Case number (*if known*) _____

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $60,120.23 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $0.00 |
| **For last calendar year:**<br>**(January 1 to December 31, 2021 )** | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $55,936.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $0.00 |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2020 )** | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $207.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $0.00 |
| **For the calendar year:**<br>**(January 1 to December 31, 2019 )** | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $0.00 | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $72,692.00 |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No.  Go to line 7.
■ Yes.  List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
\* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.  Go to line 7.
☐ Yes  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| **Creditor's Name and Address** | **Dates of payment** | **Total amount paid** | **Amount you still owe** | **Was this payment for ...** |
|---|---|---|---|---|

| Debtor 1 | **Nicholas A. Jones** |
|---|---|
| Debtor 2 | **Amelia Jones** |

Case number (*if known*) _____

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Apple Credit Card**<br>**c/o Goldman Sachs Bank**<br>**PO Box 7247**<br>**Philadelphia, PA 19170-6112** | **July 2, 2022 -**<br>**October 16, 2022** | **$35,664.67** | **$0.00** | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Capital One**<br>**P.O. Box 30281**<br>**Salt Lake City, UT 84130** | **July 11, 2022 -**<br>**August 1, 2022** | **$22,384.48** | **$5,728.12** | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Guarranted Rate**<br>**PO Box 100077**<br>**Duluth, GA 30096** | **July 5, 2022 -**<br>**October 17, 2022** | **$32,042.42** | **$1,075,508.81** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Allianz Life Insurance**<br>**5701 Golden Hills Dr**<br>**Minneapolis, MN 55416** | **August 30, 2022 -**<br>**October 7, 2022** | **$20,282.99** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other **Life Insurance** |
| **Small Business Administration**<br>**c/o US Marshal Office**<br>**550 W. Fort St., Suite 777**<br>**Boise, ID 83724** | **10/19/2022** | **$90,564.84** | **Unknown** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other **Court Ordered - Restitution** |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☐ No
   ■ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **For the Love of Games, LLC**<br>**c/o Nick Jones**<br>**3740 S. Millbrook Way**<br>**Boise, ID 83716** | **3/7/2022** | **$50,000.00** | **Unknown** | **general contribution** |

Debtor 1    **Nicholas A. Jones**
Debtor 2    **Amelia Jones**                                               Case number *(if known)* _____

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Chow Public Market & Eatery**<br>**c/o Nick Jones**<br>**3740 S. Millbrook Way**<br>**Boise, ID 83716** | **3/9/2022** | **$12,000.00** | **Unknown** | **For paying company credit card** |
| **Good Burger II, LLC**<br>**c/o Nick Jones**<br>**3740 S. Millbrook Dr**<br>**Boise, ID 83716** | **3/9/2022** | **$6,487.97** | **Unknown** | **For Payment of credit card** |
| **For the Love of Games, LLC**<br>**c/o Nick Jones**<br>**3740 S. Millbrook Way**<br>**Boise, ID 83716** | **3/10/2022** | **$8,266.51** | **Unknown** | **for paying company credit card** |
| **For the Love of Games, LLC**<br>**c/o Nick Jones**<br>**3740 S. Millbrook Way**<br>**Boise, ID 83716** | **4/8/2022** | **$15,000.00** | **Unknown** | **general contribution** |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☐ No
   ☑ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **Alice Jones**<br>**1120 Teton Ave**<br>**Caldwell, ID 83605** | **May 2021 -**<br>**February 2022** | **$14,384.40** | **Unknown** | **Verbal Lease-to-Own Agmt (and memorialized in a Good Burger II, LLC operating agreement) on house Alice was living in - paid to J. Lloyd Eldredge** |

## Part 4:    Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Nicholas & Amelia Jones**<br>**v.**<br>**Joseph Eldredge**<br>**CV14-21-08159** | **Civil Dispute** | **Canyon County District Court**<br>**1115 Albany St**<br>**Caldwell, ID 83605** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Joe Cacopardo**<br>**v.**<br>**Chow Public Market; Good Burger;**<br>**Nicholas Jones**<br>**CV01-19-16229** | **Civil Dispute** | **Ada County Magistrate Court**<br>**200 W Front St**<br>**Boise, ID 83702** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

| Debtor 1 | **Nicholas A. Jones** |
|---|---|
| Debtor 2 | **Amelia Jones** |

Case number *(if known)* _____

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Good Burger, LLC; Nicholas Jones**<br>**v.**<br>**Forward Financing, LLC**<br>**CV01-20-01777** | **Civil Dispute** | **Ada County District Court**<br>**200 W. Front St.**<br>**Boise, ID 83702** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Dismissed by Plaintiff** |
| **Boise Spectrum-Dunlap, et al**<br>**v.**<br>**Nicholas & Amelia Jones**<br>**CV01-20-07568** | **Civil Dispute** | **Ada County District Court**<br>**200 W. Front St.**<br>**Boise, ID 83702** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Satisfaction of Judgment**<br>**filed 2/14/2022** |
| **Nicholas Jones**<br>**v.**<br>**Ken Somerville; JKP Specialty**<br>**Retail Inc**<br>**CV01-22-10047** | **Civil Dispute** | **Ada County District Court**<br>**200 W. Front St.**<br>**Boise, ID 83702** | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Settlement Pending** |
| **Northwest Bank**<br>**v.**<br>**Good Burger II, ILC; Nicholas &**<br>**Amelia Jones**<br>**CV01-22-09516** | **Civil Dispute** | **Ada County District Court**<br>**200 W. Front St.**<br>**Boise, ID 83702** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **State of Idaho**<br>**v.**<br>**Nicholas Jones**<br>**CR01-22-17346** | **Infraction** | **Ada County Magistrate**<br>**Court**<br>**200 W. Front St.**<br>**Boise, ID 83702** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **USA**<br>**v.**<br>**Nicholas Jones**<br>**1:22-cr-00104-DCN** | | **US District Court of Idaho** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Utah Labor Commission**<br>**v.**<br>**Good Burger II, LLC; Nick & Amelia**<br>**Jones**<br>**226704657** | **Civil** | **Davis County (Utah)**<br>**61 S. Main St**<br>**Farmington, UT 84025** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Foreign Judgment** |
| **Layton Hills Mall CMBS, LLC**<br>**v.**<br>**Good Burger, LLC; Nick Jones**<br>**210700293** | **Civil Dispute** | **Davis County (Utah)**<br>**61 S. Main St**<br>**Farmington, UT 84025** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Utah Labor Commission**<br>**v.**<br>**Good Burger II, LLC; Nick & Amelia**<br>**Jones**<br>**226932764** | **Civil** | **Salt Lake County (Utah)**<br>**2001 S. State St, S2-200**<br>**PO Box 144575**<br>**Salt Lake City, UT 84114** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Foreign Judgment** |

| Debtor 1 | **Nicholas A. Jones** |
|---|---|
| Debtor 2 | **Amelia Jones** |

Case number *(if known)* _____

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Utah Labor Commission**<br>**v.**<br>**Good Burger II, LLC; Nick & Amelia Jones**<br>**216706475** | **Civil** | **Davis County (Utah)**<br>**61 S. Main St**<br>**Farmington, UT 84025** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Foreign Judgment** |
| **Utah Labor Commission**<br>**v.**<br>**Good Burger II, LLC; Nick & Amelia Jones**<br>**216941926** | **Civil** | **Salt Lake County (Utah)**<br>**2001 S. State St, S2-200**<br>**PO Box 144575**<br>**Salt Lake City, UT 84114** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Foreign Judgment** |
| **American Express National Bank**<br>**v.**<br>**Amelia Jones**<br>**CV01-20-17011** | **Civil Dispute** | **Ada County District Court**<br>**200 W. Front St.**<br>**Boise, ID 83702** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Bonneville Billing & Collections**<br>**v.**<br>**Amelia Jones**<br>**CV01-22-08663** | **Civil Dispute** | **Ada County Magistrate Court**<br>**200 W. Front St.**<br>**Boise, ID 83702** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **John Hileman**<br>**1660 W. Verbena Dr**<br>**Meridian, ID 83642** | **Lien placed on Millbrook property - was reconyed on 10/21/2022**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br><br>■ Property was attached, seized or levied. | **9/2/2022** | **$0.00** |
| **John Hileman**<br>**1660 W. Verbena Dr**<br>**Meridian, ID 83642** | **Lien placed on Brookridge property - reconveyed on 10/21/2022**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br><br>■ Property was attached, seized or levied. | **9/2/2022** | **$0.00** |
| **Safari Lawn Care**<br>**4291 S Cloverdale Rd**<br>**Boise, ID 83709** | **Barber property - Payoff of Debt (through sale of Barber property)**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br><br>■ Property was attached, seized or levied. | **2/24/2022** | **$2,550.00** |

Debtor 1    **Nicholas A. Jones**
Debtor 2    **Amelia Jones**                                           Case number *(if known)* _____

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Sigler Ventures, LLC**<br>**300 N. Mark Stall Pl**<br>**Boise, ID 83704** | **Barber property - Payoff oof 3rd Mtg (through sale of Barber property)**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | **2/24/2022** | **$342,000.00** |
| **Idaho State Tax Commission**<br>**Post Office Box 76**<br>**Boise, ID 83707-0076** | **Barber property - Payoff of Debt (through sale of Barber property)**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | **2/24/2022** | **$14,400.00** |
| **Sigler Ventures, LLC**<br>**300 N. Mark Stall Pl**<br>**Boise, ID 83704** | **Brookridge property (paid off with sale of Barber house)**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | **2/24/2022** | **$342,000.00** |
| **Donithorne Properties, LLC**<br>**c/o Darrin Donithorne**<br>**967 E. Parkcenter Blvd #232**<br>**Boise, ID 83706** | **Brookridge property (paid off when refinanced in May 2022)**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | **May 2022** | **$420,288.00** |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
   ■ No
   ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
   ■ No
   ☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
   ■ No
   ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

| Debtor 1 | **Nicholas A. Jones** | | |
|---|---|---|---|
| Debtor 2 | **Amelia Jones** | Case number (*if known*) | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No

■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **The Church of Jesus Christ of Latter Day Saints<br>50 East North Temple St<br>Salt Lake City, UT 84150** | **Tithing (money)** | **October 2020 - December 2021** | **$4,512.69** |
| **The Church of Jesus Christ of Latter Day Saints<br>50 East North Temple St<br>Salt Lake City, UT 84150** | **Tithing (money)** | **January 1, 2022 - October 16, 2022** | **$9,379.79** |

**Part 6:    List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7:    List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Johnson May<br>199 N. Capitol Blvd, Ste 200<br>Boise, ID 83702<br>info@johnsonmaylaw.com** | **Attorney Fees** | **10/17/2022** | **$5,000.00** |
| **Johnson May<br>199 N. Capitol Blvd, Ste 200<br>Boise, ID 83702<br>info@johnsonmaylaw.com** | **Attorney Fees (made in two wire transfers of $37k & $8k)** | **10/18/2022** | **$45,000.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No

☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

| Debtor 1 | Nicholas A. Jones | |
|---|---|---|
| Debtor 2 | Amelia Jones | Case number (*if known*) |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No

■ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Nicholas Jones<br>c/o Columbia Bank<br>190 N 8th Street<br>Boise, ID 83702<br><br>Self | $5,656.64 - Transfer from Robinhood to Columbia because account closed. | | 09/30/2022 |
| For the Love of Games, LLC<br>c/o Nick Jones<br>3740 S. Millbrook Way<br>Boise, ID 83716<br><br>Business | $50,000 - Transfer from HELOC to For the Love of Games, LLC | | 10/5/2022 |
| For the Love of Games, LLC<br>c/o Nick Jones<br>3740 S. Millbrook Way<br>Boise, ID 83716<br><br>Business | $30,000 - Transfer from HELOC to For the Love of Games | | 10/3/2022 |
| Nicholas Jones<br>c/o Columbia Bank<br>190 N 8th Street<br>Boise, ID 83702<br><br>Self | $20,000 - Transfer from MML Investors to Columbia Bank | | 9/30/2022 |
| Nicholas Jones<br>c/o Columbia Bank<br>190 N 8th St.<br>Boise, ID 83702<br><br>Self | $29,000 - Transfer from MML Investors | | 9/30/2022 |
| For the Love of Games, LLC<br>c/o Nick Jones<br>3740 S. Millbrook Way<br>Boise, ID 83716<br><br>Business | $5,000 - Transfer from Columbia Bank to For Love of Games | | 10/6/2022 |
| John Hileman<br>1660 W. Verbena Dr<br>Meridian, ID 83642<br><br>Father | Deed of Trust for Brookridge Property (has been reconveyed as of 10/20/2022) | | September 2, 2022 |

Debtor 1    **Nicholas A. Jones**
Debtor 2    **Amelia Jones**

Case number (*if known*)

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| John Hileman<br>1660 W. Verbena Dr<br>Meridian, ID 83642 | Deed of Trust to Millbrook property (was reconveyed as of 10/20/2022) | | September 2, 2022 |
| Daniel & Kimberly Smitchko<br>5946 E. Barber Dr<br>Boise, ID 83716 | 5946 E. Barber Dr, Boise, ID 83716 | 1,650,000.00 for sale of property | 2/24/2022 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No
■ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| Barber Valley Self Storage<br>3000 S. Wise Way<br>Boise, ID 83716 | Nick & Amelia Jones | Stored household belongings for a week in December 2021 when moving residences | ■ No<br>☐ Yes |

| Debtor 1 | **Nicholas A. Jones** | |
|---|---|---|
| Debtor 2 | **Amelia Jones** | Case number *(if known)* |

**Part 9:**   Identify Property You Hold or Control for Someone Else

23.   **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
☐ **Yes.** Fill in the details.

| Owner's Name
**Address (Number, Street, City, State and ZIP Code)** | Where is the property?
**(Number, Street, City, State and ZIP Code)** | Describe the property | Value |
|---|---|---|---|
| | | | |

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■   *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
■   *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
■   *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.   **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes.** Fill in the details.

| Name of site
**Address (Number, Street, City, State and ZIP Code)** | Governmental unit
**Address (Number, Street, City, State and ZIP Code)** | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25.   **Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes.** Fill in the details.

| Name of site
**Address (Number, Street, City, State and ZIP Code)** | Governmental unit
**Address (Number, Street, City, State and ZIP Code)** | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26.   **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ **No**
☐ **Yes.** Fill in the details.

| Case Title
Case Number | Court or agency
Name
**Address (Number, Street, City, State and ZIP Code)** | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:**   Give Details About Your Business or Connections to Any Business

27.   **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

■ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

☐ **A partner in a partnership**

☐ **An officer, director, or managing executive of a corporation**

☐ **An owner of at least 5% of the voting or equity securities of a corporation**

Debtor 1    **Nicholas A. Jones**
Debtor 2    **Amelia Jones**                                                        Case number *(if known)*

☐ **No. None of the above applies.** Go to Part 12.

☒ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **229, LLC**<br>**6024 N. 2250 E.**<br>**Eden, UT 84310** | **Manages building in South Bend, Indiana - 3.1% ownership** | EIN:<br><br>From-To    **2019 to present** |
| **Chow Public Market & Eatery**<br>**c/o Nick Jones**<br>**3740 S. Millbrook Way**<br>**Boise, ID 83716** | **Consulting & Management - 100% ownership** | EIN:    **82-3774339**<br><br>From-To    **September 1, 2017 to December 2021** |
| **Fan Games, LLC**<br>**c/o Nick Jones**<br>**3740 S. Millbrook Way**<br>**Boise, ID 83716** | **Owning, operating, and managing resturants and various retail stores - 100% ownership** | EIN:    **88-3493147**<br><br>From-To    **October 8, 2019 to present** |
| **For the Love of Games, LLC**<br>**c/o Nick Jones**<br>**3740 S. Millbrook Way**<br>**Boise, ID 83716** | **Game store - 100% ownership** | EIN:    **84-3942135**<br><br>From-To    **August 5, 2019 to present** |
| **Good Burger II, LLC**<br>**c/o Nick Jones**<br>**3740 S. Millbrook Dr**<br>**Boise, ID 83716** | **Restaurant - 60% ownership** | EIN:    **82-3815122**<br><br>From-To    **December 27, 2017 to August 2021** |
| **Good Burger of 10th & Main**<br>**c/o Nick Jones**<br>**3740 S. Millbrook Way**<br>**Boise, ID 83716** | **Restaurant - 60% ownership** | EIN:    **83-3672734**<br><br>From-To    **February 19, 2019 to August 2021** |
| **JKP Specialty Retail, Inc.**<br>**c/o Ken Somerville**<br>**5369 S. Hayseed Way**<br>**Boise, ID 83716** | **Game store - 36.60603% ownership in 2019 (left company in 2019)** | EIN:    **20-2478794**<br><br>From-To    **March 11, 2005 to present** |
| **LUXX, LLC**<br>**c/o Nick Jones**<br>**3740 S. Millbrook Way**<br>**Boise, ID 83716** | **Retail store - 50% ownership** | EIN:    **83-0953751**<br><br>From-To    **May 9, 2018 to May 31, 2019** |
| **Sehon Family Holdings, LLC**<br>**c/o Nick Jones**<br>**3740 S. Millbrook Way**<br>**Boise, ID 83716** | **management & adminstrative service - 100% ownership** | EIN:    **83-1996559**<br><br>From-To    **February 17, 2022 to January 8, 2022** |
| **Good Burger of Layton, LLC**<br>**c/o Nick Jones**<br>**3740 S. Millbrook Way**<br>**Boise, ID 83716** | **restaurant - 100% ownership** | EIN:    **84-2994061**<br><br>From-To    **December 21, 2018 to August 2021** |

Debtor 1    **Nicholas A. Jones**

Debtor 2    **Amelia Jones**

Case number *(if known)* _____

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| **Its a Good Burger, LLC c/o Nick Jones 3740 S. Millbrook Way Boise, ID 83716** | **restaurant - 100% ownership** | **EIN:**  84-4026764  **From-To**  **February 1, 2018 to August 2021** |
| **Indian Mound Capital Partners VII, LLC 3740 S. Millbrook Way Boise, ID 83716** | | **EIN:**  85-0693115  **From-To**  **June 2020 - present** |
| **Bacon on A Stick, LLC c/o Nick Jones 3740 S. Millbrook Way Boise, ID 83716** | **Goods & Services** | **EIN:**  45-4991464  **From-To**  **December 19, 2011 - March 10, 2020** |
| **Good Burger, LLC c/o Nick Jones 3740 S Millbrook Way Boise, ID 83716** | **restaurant** | **EIN:**  **From-To**  **February 1, 2018 to February 28, 2020** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No

■ Yes. Fill in the details below.

| Name Address (Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **Small Business Administratio 409 3rd Street, SW Washington, DC 20416** | **2020** |

| Part 12: | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. **18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| /s/ Nicholas A. Jones | /s/ Amelia Jones |
|---|---|
| **Nicholas A. Jones** | **Amelia Jones** |
| **Signature of Debtor 1** | **Signature of Debtor 2** |
| Date    **October 31, 2022** | Date    **October 31, 2022** |

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Nicholas A. Jones** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Amelia Jones** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
- ■ **creditors have claims secured by your property, or**
- ■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Detroit Land Bank Authority**<br><br>Description of property securing debt: **3349 Clairmount St. Detroit, MI 48206-1986  Wayne County Detroit Land Bank purchase in 2020** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ■ No<br><br>☐ Yes |
| Creditor's name: **Guarranted Rate**<br><br>Description of property securing debt: **3740 S. Millbrook Way Boise, ID 83716  Ada County** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br><br>■ Yes |
| Creditor's name: **Guarranted Rate**<br><br>Description of property: **3215 S. Brookridge Way Boise,** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.* | ■ No<br><br>☐ Yes |

Debtor 1    **Nicholas A. Jones**

Debtor 2    **Amelia Jones**

Case number *(if known)* _____

| property securing debt: | **ID 83716  Ada County** | ☐ Retain the property and [explain]: _____ | |
|---|---|---|---|

| Creditor's name: | **Idaho Central Credit Union** | ☐ Surrender the property. | ☐ No |
|---|---|---|---|
| | | ☐ Retain the property and redeem it. | |
| Description of property securing debt: | **2019 Tesla 3 62,000 miles VIN ending 192596** | ■ Retain the property and enter into a *Reaffirmation Agreement.* | ■ Yes |
| | | ☐ Retain the property and [explain]: _____ | |

| Creditor's name: | **Mountain West Bank** | ☐ Surrender the property. | ■ No |
|---|---|---|---|
| | | ☐ Retain the property and redeem it. | |
| Description of property securing debt: | **3215 S. Brookridge Way Boise, ID 83716  Ada County** | ■ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ Yes |
| | | ☐ Retain the property and [explain]: _____ | |

**Part 2:    List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |

**Part 3:    Sign Below**

Official Form 108        **Statement of Intention for Individuals Filing Under Chapter 7**        page 2

| Debtor 1 | **Nicholas A. Jones** | | |
|---|---|---|---|
| Debtor 2 | **Amelia Jones** | Case number *(if known)* | |

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

| X | /s/ Nicholas A. Jones | X | /s/ Amelia Jones |
|---|---|---|---|
| | **Nicholas A. Jones** | | **Amelia Jones** |
| | Signature of Debtor 1 | | Signature of Debtor 2 |

| Date | **October 31, 2022** | Date | **October 31, 2022** |
|---|---|---|---|

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

You are an individual filing for bankruptcy, and

Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

**Chapter 7:**    **Liquidation**

| | | |
|---|---:|---|
| | $245 | filing fee |
| | $78 | administrative fee |
| + | $15 | trustee surcharge |
| | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

**Chapter 11: Reorganization**

|   |   |   |
|---|---|---|
|   | $1,167 | filing fee |
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

**Chapter 12: Repayment plan for family farmers or fishermen**

|   | $200 | filing fee |
|---|------|------------|
| + | $78  | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

**Chapter 13: Repayment plan for individuals with regular income**

|   | $235 | filing fee |
|---|------|------------|
| + | $78  | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

   domestic support obligations,

   most student loans,

   certain taxes,

   debts for fraud or theft,

   debts for fraud or defalcation while acting in a fiduciary capacity,

   most criminal fines and restitution obligations,

   certain debts that are not listed in your bankruptcy papers,

   certain debts for acts that caused death or personal injury, and

   certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

**United States Bankruptcy Court**
**District of Idaho**

In re    **Nicholas A. Jones**
      **Amelia Jones** _____    Case No. _____

                                              Debtor(s)      Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   **October 31, 2022** _____        **/s/ Nicholas A. Jones** _____
                                              **Nicholas A. Jones**
                                              Signature of Debtor

Date:   **October 31, 2022** _____        **/s/ Amelia Jones** _____
                                              **Amelia Jones**
                                              Signature of Debtor

AMAZON STORE CREDIT CARD
C/O SYNCHRONY BANK
PO BOX 960013
ORLANDO, FL 32896-0013


AMEX
CORRESPONDENCE/BANKRUPTCY
PO BOX 981540
EL PASO, TX 79998


APPLE CREDIT CARD
C/O GOLDMAN SACHS BANK
PO BOX 7247
PHILADELPHIA, PA 19170-6112


ASMODEE: GAME PUBLISHER
1995 COUNTY RD B2 WEST
ROSEVILLE, MN 55113


BACON ON A STICK


BAR STORE RESAURANT DESIGN
8648 W. ELISA ST
BOISE, ID 83709


BAY FIRST FINANCIAL
700 CENTRAL AVE
SAINT PETERSBURG, FL 33701


BLUEVINE, INC
401 WARREN ST
REDWOOD CITY, CA 94063


BOISE RADIOLOGY GROUP
115 W MAIN ST
BOISE, ID 83702

BOISE TOWNE SQUARE MALL
ATTN: BANKRUPTCY
350 N. MILWAUKEE ST
BOISE, ID 83704


BONNEVILLE BILLING   COLLECT
8752 W. OVERLAND RD.
BOISE, ID 83709


BRIAN CRONIN
802 W. BRUMBACK
BOISE, ID 83702


CAPITAL ONE
P.O. BOX 30281
SALT LAKE CITY, UT 84130


CARTER   DAISY BANKS
3215 S BROOKRIDGE WAY
BOISE, ID 83716


CHOW PUBLIC MARKET   EATERY


CITY OF BOISE
P.O. BOX 2060
BOISE, ID 83701-2060


COCA-COLA OF SOUTHERN UTAH
C/O CONTINENTAL COMMERCIAL
1111 N. BRAND BLVD, STE 401
GLENDALE, CA 91202


COPPERVIEW MEDICAL CENTER
3556 SHIELDS LN. #101
SOUTH JORDAN, UT 84095

```
DAVID L. BROWN
ATTORNEY AT LAW
PO BOX 790
RIGBY, ID 83442


DETROIT LAND BANK AUTHORITY
ATTN: DEPUTY DIRECTOR
500 GRISWOLD ST., SUITE 1200
DETROIT, MI 48226


DETROIT WATER   SEWERAGE
ATTN: WATER BOARD
735 RANDOLPH ST, 1ST FLOOR
DETROIT, MI 48226


DIVVY
13707 S 200 W., STE. 100
DRAPER, UT 84020


DOMINION ENERGY, INC
120 TREDEGAR ST, 6TH FLOOR
RICHMOND, VA 23219


DON BRANDT
203 11TH AVE S
NAMPA, ID 83651


ETITLE AGENCY
1650 W. BIG BEAVER RD
TROY, MI 48084


ETRADE
PO BOX 484
JERSEY CITY, NJ 07303-0484


EVAN NISHIHAMA
3215 S BROOKRIDGE WAY
BOISE, ID 83716
```

FANTASTIC GAMES


FEDERAL BUREAU OF PRISONS
INMATE FINANCIAL RESP. PROGR
320 FIRST ST. NW
WASHINGTON, DC 20534


FETZER BOOTH, PC
50 W. BROADWAY, SUITE 1200
SALT LAKE CITY, UT 84101


FIRST HOME BANK
700 CENTRAL AVE
SAINT PETERSBURG, FL 33701


FOR THE LOVE OF GAMES, LLC


FUNDING METRICS
3220 TILLMAN DR., SUITE 200
BENSALEM, PA 19020


GIFTCRAFT, INC.
ATTN: BANKRUTPCY
300 INTERNATIONAL DR #100
WILLIAMSVILLE, NY 14221


GOOD BURGER


GOOD BURGER II, LLC


GOOD BURGER OF 10TH   MAIN

GOOD BURGER OF LAYTON, LLC


GUARRANTED RATE
PO BOX 100077
DULUTH, GA 30096


HEADWAY CAPITAL
175 W. JACKSON BLVD #1000
CHICAGO, IL 60604


IDAHO CENTRAL CREDIT UNION
4400 CENTRAL WAY
CHUBBUCK, ID 83202


IDAHO CENTRAL CREDIT UNION
4400 CENTRAL WAY
POCATELLO, ID 83202


IDAHO CENTRAL CREDIT UNION
P.O. BOX 2469
POCATELLO, ID 83206


IDAHO POWER
P.O. BOX 70
BOISE, ID 83707


IDAHO STATE TAX COMMISSION
P.O. BOX 36
BOISE, ID 83722-0410


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

```
JEANNINE   J. LLOYD ELDREDGE
1628 S. COBBLESTONE LN
SAINT GEORGE, UT 84790


JOHN HILEMAN
1660 W. VERBENA DR
MERIDIAN, ID 83642


JOSEPH J. CACOPARDO
1563 W. PAR CT
EAGLE, ID 83616


JOSEPH LLOYD ELDREDGE
1628 S COBBLESTONE LANE
SAINT GEORGE, UT 84790


KEN SOMERVILLE
5369 HAYSEED WAY
BOISE, ID 83716


KOUNT, INC
1005 W. MAIN ST
BOISE, ID 83702


LAYTON HILLS MALL CMBS, LLC
C/O CORPORATION SERVICE COMP
15 W. SOUTH TEMPLE, STE 600
SALT LAKE CITY, UT 84101


MOUNTAIN WEST BANK
802 W. BANNOCK ST., #100
BOISE, ID 83702


MWSS LAW
827 E. PARK BLVD, SUITE 201
BOISE, ID 83712
```

```
NORTHWEST BANK
ATTN: BANKRUPTCY
1750 W. FRONT ST., #150
BOISE, ID 83702


OVERLAND PARK ONE, LLC
C/O OPPENHEIMER COMPANIES
877 W. MAIN ST., SUITE 700
BOISE, ID 83702


PACIFIC UNIVERSITY
2043 COLLEGE WAY
FOREST GROVE, OR 97116


PARSONS BEHLE   LATIMER
201 S MAIN STREET, STE 1800
SALT LAKE CITY, UT 84131-0826


PEAK AUDIO COMPANIES
PO BOX 27127
SALT LAKE CITY, UT 84127-0127


PIXEL LIGHT DIGITAL IMAGING
2315 N. MOUNTAIN VIEW DR
BOISE, ID 83706


RELIANT FUNDING
9540 TOWNE CENTRE DR #200
SAN DIEGO, CA 92121


ROBIN CARNES
2915 N. PAULEY DR
BOISE, ID 83704


SBA - BOISE OFFICE
380 PARKCENTER BLVD, #330
BOISE, ID 83706
```

```
SBA/DFC
721 19TH ST
3RD FLOOR, ROOM 301
DENVER, CO 80202


SEARS CREDIT CARD
PO BOX 6282
SIOUX FALLS, SD 57117-6282


SEHON FAMILY HOLDINGS, LLC


SHAMROCK FOODS
ATTN: BANKRUPTCY
1495 N. HICKORY AVE
MERIDIAN, ID 83642


SMALL BUSINESS ADMINISTRATIO
409 3RD STREET, SW
WASHINGTON, DC 20416


SOUTHTOWN MALL
10450 STATE ST. #2330
SANDY, UT 84070


ST LUKES
190 E. BANNOCK ST.
BOISE, ID 83712


ST. LUKE'S
190 E. BANNOCK ST.
BOISE, ID 83712


STEPHANIE CLARK
```

```
SWIRE - COCACOLA, USA
ATTN: BANKRUPTCY
1624 MARKET ST., STE. 202
DENVER, CO 80202


US DISTRICT COURT OF IDAHO
ATTN: INMATE FINANCIAL RESP.
550 W. FORT ST
BOISE, ID 83724


UTAH LABOR COMMISSION
160 E. 300 S., 3RD FLOOR
SALT LAKE CITY, UT 84114


UTAH PROPERTY MGMT ASSOC.
51 S. MAIN ST., SUITE 301
SALT LAKE CITY, UT 84111


UTAH STATE TAX COMMISSION
210 N 1950 W
SALT LAKE CITY, UT 84134
```