**Jed W. Manwaring ISB #3040**
**Aaron R. Bell ISB #10918**
**EVANS KEANE LLP**
**1161 W. River Street, Suite 100**
**P. O. Box 959**
**Boise, Idaho  83701-0959**
**Telephone:  (208) 384-1800**
**Facsimile:   (208) 345-3514**
**Email:   jmanwaring@evanskeane.com**
           **abell@evanskeane.com**

**Attorneys for Trustee, Timothy R. Kurtz**

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | Case No. 22-00481-NGH |
| NICHOLAS A. JONES and AMELIA JONES, | Chapter 7 |
| Debtors. | |

### TRUSTEE'S MOTION TO EXTEND DEADLINE TO OBJECT TO DEBTORS' CLAIMS OF EXEMPTIONS

Pursuant to Fed. R. Bankr. P. 4003(b) and 9006(d) Chapter 7 Trustee, Timothy R. Kurtz, by and through his counsel of record, hereby moves this Court for an order extending the time to object to Debtors Nicholas and Amelia Jones' ("Debtors") claimed exemptions, to thirty (30) days after the Court's entry of an order disposing of Trustee's pending Motion for Approval of Compromise Re: Abandonment of Membership Interest in For the Love of Games, LLC, Dkt No. 80.  In support of this Motion, Trustee asserts as follows:

1. On October 31, 2022, Debtors filed their bankruptcy petition in this case. Dkt. No. 1.

*TRUSTEE'S MOTION TO EXTEND DEADLINE TO OBJECT TO DEBTORS' CLAIMS OF  EXEMPTIONS - 1*

2. On January 12, 2023, Debtors filed their Motion to Compel Abandonment of "For the Love of Games, LLC" Ownership Interest. Dkt. No. 39 (the "Motion to Compel Abandonment").

3. On January 17, 2023 Debtors amended their schedules, including Schedule C Exemptions. Dkt. No. 46.

4. On February 10, 2023, Trustee concluded the Meeting of Creditors. Dkt. No. 78.

5. The deadline for objections to exemptions presently is March 13, 2023. Idaho R. Bankr. P. 4003(b)(1), 9006(a)(1)(c).

6. Trustee opposed the Motion to Compel Abandonment, and a hearing was held on March 6, 2023.

7. Following the hearing on the Motion to Compel Abandonment, Trustee and Debtors reached a tentative resolution on the Motion to Compel Abandonment, and Trustee filed a Motion for Approval of Compromise Re: Abandonment of Membership Interest in for the Love of Games, LLC. Dkt. No. 80 (the "Compromise Motion").

8. The resolution reached on the Motion to Compel Abandonment contemplates Trustee agreeing to waive certain objections regarding personal property located in Debtors' primary residence and Debtors waiving claims to exemptions in certain personal property in a rental home the Trustee plans to liquidate. Dkt. No. 80 at 11-12.

9. The Compromise Motion has not yet been approved by the Court, and the notice period will not run until after the deadline to object to exemptions—March 13, 2023.

10. If the Compromise Motion is not granted, then Trustee anticipates he will need to object to exemptions related to the personal property at issue in the Compromise Motion.

11. Trustee also needs additional time to obtain documents related to purported wages which have been claimed as exempt, which documents were not provided despite prior requests.

12. Fed R. Bankr. P. 4003(b)(1) states "[t]he court may, for cause, extend the time for filing objections if, before the time to object expires, a party in interest files a request for an extension."

13. The foregoing shows that good cause exists to extend time to file objections to Debtors' exemptions.

14. Therefore, Trustee requests that the deadline to object to exemptions be extended for thirty days following the Court's entry of an order disposing of the Compromise Motion.

DATED this 3rd day of March, 2023.

        EVANS KEANE LLP


        By   /s/ Jed W. Manwaring
            Jed W. Manwaring, Of the Firm
            Attorneys for Trustee

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 3rd day of March, 2023, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing.

- **Jesse A.P. Baker**  ecfidb@aldridgepite.com

- **Matthew T. Christensen**  mtc@johnsonmaylaw.com, mtcecf@gmail.com; klu@johnsonmaylaw.com;acs@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com

- **D Blair Clark**  dbc@dbclarklaw.com, mbc@dbclarklaw.com; maryann@dbclarklaw.com; jackie@dbclarklaw.com; ecf.dbclaw@gmail.com; G69536@notify.cincompass.com

- **Kimbell D Gourley**    kgourley@idalaw.com, shudson@idalaw.com

- **William M Humphries**  bill.humphries@usdoj.gov, jessica.black@usdoj.gov

- **Timothy R. Kurtz**  trk@kurtztrustee.com, meg@kurtztrustee.com; jmh@kurtztrustee.com; admin@kurtztrustee.com; mng@kurtztrustee.com; ID20@ecfcbis.com

- **Thomas John Lloyd**  tjl@elamburke.com, adm@elamburke.com

- **Mike Mitchell**  mike.mitchell@usdoj.gov, jessica.black@usdoj.gov

- **Sheila Rae Schwager**  sschwager@hawleytroxell.com, thummel@hawleytroxell.com

- **Lewis Nishioka Stoddard**  lewis@hwmlawfirm.com, judianne@ecf.courtdrive.com; jessica@hwmlawfirm.com

- **US Trustee**    ustp.region18.bs.ecf@usdoj.gov

            /s/ Jed W. Manwaring
            Jed W. Manwaring