B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Idaho

In re **Nicholas A. Jones**
**Amelia Jones**

_____
Debtor(s)

Case No. **22-00481**

Chapter **11**

## FIRST SUPPLEMENTAL DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

### (This disclosure supplements the prior disclosure (Doc. 13) and does not include information from prior disclosures)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ..................................................................   $   **TBD (Hourly)**

    Prior to the filing of this statement I have received ........................................................   $   **0.00**

    Balance Due ......................................................................................................................   $   **TBD**

2.  The source of the compensation paid to me was:  (no prior compensation for these matters)

    ☐ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☒ Debtors       ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal services as outlined on the attached engagement letter.

6.  By agreement with the debtor(s), the above-disclosed fee does not include any services outside those outlined on the attached engagement letter.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 10, 2023**
_____
Date

/s/  Matt Christensen
_____
**Matthew Christensen**
_Signature of Attorney_
**Angstman Johnson**
**199 N. Capitol Blvd.**
**Suite 200**
**Boise, ID 83702**
**(208) 384-8588   Fax:**
**mtc@johnsonmaylaw.com**
_Name of law firm_



**MATTHEW T. CHRISTENSEN**
mtc@johnsonmaylaw.com

March 1, 2023

Nick & Amelia Jones
3740 S. Millbrook Way
Boise, ID 83716

RE:  Adv. Case No. 23-06004-NGH In re: Carnes v. Jones et al
     Adv. Case No. 23-06005-NGH In re: Cronin v. Jones et al
     JM Matter IDs: 17043-002 & 17043-003

**ATTORNEY-CLIENT ENGAGEMENT LETTER**

Dear Nick & Amelia:

This letter confirms the terms of our attorney-client relationship.  You have retained this firm to perform certain legal services on your behalf.  Specifically, you have asked me to represent you in the above-referenced non-dischargeability adversary matters. My support team and I intend to provide you with the best available legal services at a reasonable cost.  We will make separate arrangements if you wish for the firm to assist you with other matters.

I am the responsible attorney for this matter. I have other attorneys and support staff that may assist or share in the work on this matter, at my discretion. I will inform you if other attorneys in our firm participate in your matter.

In this case, the firm will not require a retainer balance. Instead, each month, you will be required to pay the hourly charges that have accrued on these matters. My current rate at which I will bill against this retainer is $405/hour. Exhibit D, attached hereto as the Fee and Cost Schedule, lists the remaining attorney and paralegal billing rates at which you may be charged. These rates are subject to change. However, any adjustments to billing rates or changes in personnel will be indicated on your billing statements.

If you choose to have a trial, you must fund those proceedings. The amount of this additional trial retainer will be based on the issues to be tried but will not be less than $10,000 per day of trial. We accept cash, check, and credit cards. If you chose to pay by credit card, please visit our website at: https://secure.lawpay.com/pages/angstman/trust. **Prompt payment of your trial retainer is required 90 days prior to the beginning on trial.**

**Late Fees & Interest:** Amounts shown on the firm's billing statements are payable within fifteen (15) days after the statement date.  Statements not paid within fifteen (15) days will accrue interest at the rate of one and one-half percent (1.5%) per month (18% per annum) on the unpaid balance.

Nick & Amelia Jones
March 1, 2023
**Page 2 of 5**

The terms of the following Exhibits apply to our attorney-client relationship, our Engagement Agreement, and can be accessed at:

https://www.johnsonmaylaw.com/client-resources
**Username: JM Client          Password: JM200!**

A.    **Exhibit A:** "General Terms & Conditions" contains a list of definitions and policies of this firm that are used in this letter;

B.    **Exhibit B**: "Retainer Fund Agreement" provides further terms and conditions regarding the use of retainers by our firm;

C.    **Exhibit C:** "Conflict Agreement" discusses the conflict policies of this firm.

This Engagement Agreement contains our entire agreement regarding the current scope of work, fees, and billing practices. The Engagement Agreement may be changed only by our mutual agreement that is confirmed in writing.

Please contact me immediately if you have any questions or concerns regarding the fees or terms of representation. Your signature in the acceptance block below will confirm our attorney-client relationship and its terms as described.

Yours sincerely,

Matthew T. Christensen
Attorney at Law

MTC | acs

Nick & Amelia Jones
March 1, 2023
**Page 3 of 5**

## ACCEPTANCE OF ATTORNEY-CLIENT ENGAGEMENT AGREEMENT

I have read the preceding Agreement and the Exhibits.
I have had a full opportunity to discuss this Agreement and its terms with the attorney.
By signing below, I consent to this firm's representation and the terms set forth in this Agreement.

DATED: _____03/01/2023_____.

_____
AMELIA JONES, Client


DATED: _____03/01/2023_____.

_____
NICK JONES, Client
By: F. John Hileman, as Power-of-Attorney

Nick & Amelia Jones
March 1, 2023
**Page 4 of 5**

## EXHIBIT D

### JOHNSON MAY
*Fees and Cost Schedule*

#### *Professional Fees*

Johnson May attorney billing rates range between $195-$405 per hour.
Johnson May paralegal billing rates range between $95-$175 per hour.

The current hourly rates of firm timekeepers are listed below.

| | |
|---|---|
| Wyatt B. Johnson | $405 per hour |
| Matthew T. Christensen | $405 per hour |
| J. Justin May | $405  per hour |
| Louis Spiker | $405 per hour |
| Sheli Fulcher Koontz | $350 per hour |
| Michelle Points | $350 per hour |
| Natasha N. Hazlett | $325 per hour |
| Bart Browning | $300 per hour |
| L. Courtney Kluever | $300 per hour |
| Janine Reynard | $325 per hour |
| J. Dee May | $275 per hour |
| Chris Slette | $265 per hour |
| Melanie Anderson | $225 per hour |
| Katie Sliman | $205 per hour |
| Caroline Cortens | $175 per hour |
| Candice Booher | $150 per hour |
| Jessica Brocious | $150 per hour |
| Kylei Uphoff | $150 per hour |
| Sheri Mitchell | $130 per hour |
| Carolyn Kirk | $130 per hour |
| Kristin Brown | $130 per hour |
| Laura Verga | $130 per hour |
| Abbie Stephens | $95 per hour |
| Michelle Reinhart | $95 per hour |
| Allison Daniels | $130 per hour |

The rates quoted above are for the year **2023**. ***Billing rates are subject to adjustment annually.*** Any adjustment in the hourly rate or additional personnel will be reflected in your monthly billing statements.

Nick & Amelia Jones
March 1, 2023
**Page 5 of 5**

<u>*Costs*</u>

      Costs are subject to annual adjustment. Any adjustment will be reflected in the monthly billing statements presented to the client. The firm does not charge an overhead or administrative fee for services contracted on a client's behalf.

| | |
|---|---|
| Photocopying | $0.20/page – all copies over 500 |
| Messenger Service | On a case-by-case basis |
| Westlaw/Lexis | Prevailing rate |
| | |
| Overtime Staff Charges | $50.00/hour |
| Facsimile<br>Document Database usage | No Charge<br>On a case-by-case basis (depending on the size and scope of the documents being accessed) |